Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 21, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February 21, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00092-CV

____________

 

IN RE KENDAL RAY SMITH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
February 8, 2008, relator, Kendal Ray Smith, filed a petition
for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
presiding judge of the 182nd District Court, Harris County, to direct his trial
attorney to file an affidavit, which respondent had previously ordered the
attorney to file, regarding relator=s ineffective assistance of counsel
claims raised in the application for writ of habeas corpus.  

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 21, 2008.

Panel consists of Chief Justice
Hedges and Justices Anderson and Boyce.